## JONES et al. v. McCLATCHEY et al.

No. 11362—Opinion Filed July 31, 1923.

### Appeal and Error—Failure to File Brief—Dismissal.

Where no brief has been filed by plaintiffs in error, in accordance with rule 7 of this court, and where an extension of time has been twice granted for the filing of brief, and plaintiffs in error fail to file same in accordance with said order. and neglect and fail to give any satisfactory reason for such failure to comply with such rule and order, the appeal will be dismissed by this court on its own motion.

(Syllabus by Jones. C.)

Commissioners' Opinion, Division No. 3.

Error from District Court, Carter County.

Action between Quitman Jones et al. and J. F. McClatchey et al. From the judgment, the former bring error. Appeal dismissed.

Chas. McPherren, for plaintiffs in error.

Moore & West, for defendants in error.

Opinion by JONES, C. This case was duly lodged in this court on April 26, 1920, and was set for final submission on April 24. 1923, at which time the brief of plaintiffs in error was past due. On May 12th. defendants in error filed motion to dismiss, of which notice was given to plaintiffs in error, who responded and for good cause shown were given 20 days from May 22nd in which to file brief. On June 12th, plaintiffs in error made application for an extension of time in which to file brief, and for good cause shown, were given 30 days from that date in which to file brief, which extension of time expired on July 12, 1923, at which time no brief had been filed, and

none have been filed up to this date, and no further application for extension of time made, and no reason given for the failure of plaintiffs in error to file brief; wherefore, the court on its own motion dismisses the appeal.

By the Court: It is so ordered.